# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| DBPMS LLC | § | Case No. 16-51947 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSE C. RODRIGUEZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 175,010.00                Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,001,598.54    Claims Discharged
                                                  Without Payment: NA

Total Expenses of Administration: 116,368.35

---

3) Total gross receipts of $ 1,117,966.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,117,966.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 956,232.00 | $ 1,055,561.95 | $ 964,704.45 | $ 964,704.45 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 116,368.35 | 116,368.35 | 116,368.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 268,200.00 | 282,523.27 | 97,875.72 | 36,894.09 |
| **TOTAL DISBURSEMENTS** | $ 1,224,432.00 | $ 1,454,453.57 | $ 1,178,948.52 | $ 1,117,966.89 |

4) This case was originally filed under chapter 7 on 09/02/2016. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2018 By:/s/JOSE C. RODRIGUEZ
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6132 Bandera Rd. San Antonio, TX 78245 | 1110-000 | 1,110,000.00 |
| Refund of ad valorem tax penalty | 1224-000 | 4,491.41 |
| Prorated County Taxes for 11/29/16 to 12/31/16 | 1290-000 | 3,475.48 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,117,966.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Small Business Administration | | 296,887.00 | NA | NA | 0.00 |
| | Wells Fargo | | 654,045.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADMINSTRATION, SMALL BUSINESS | 4110-000 | NA | 215,000.00 | 215,000.00 | 215,000.00 |
| | WELLS FARGO BANK | 4110-000 | NA | 656,944.13 | 656,944.13 | 656,944.13 |
| 1 | BEXAR COUNTY | 4700-000 | 5,300.00 | 90,857.50 | 0.00 | 0.00 |
| | BEXAR COUNTY TAX | 4700-000 | NA | 92,760.32 | 92,760.32 | 92,760.32 |
| **TOTAL SECURED CLAIMS** | | | $ 956,232.00 | $ 1,055,561.95 | $ 964,704.45 | $ 964,704.45 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSE C. RODRIGUEZ | 2100-000 | NA | 56,654.26 | 56,654.26 | 56,654.26 |
| JOSE C. RODRIGUEZ | 2200-000 | NA | 1,496.19 | 1,496.19 | 1,496.19 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 37.05 | 37.05 | 37.05 |
| FIRST AMERICAN TITLE COMPANY | 2500-000 | NA | 603.00 | 603.00 | 603.00 |
| Bank of Kansas City | 2600-000 | NA | 272.39 | 272.39 | 272.39 |
| BOK Financial | 2600-000 | NA | 469.38 | 469.38 | 469.38 |
| GREGG & VALBY, LLP | 3210-000 | NA | 100.00 | 100.00 | 100.00 |
| WEST & WEST ATTORNEYS | 3210-000 | NA | 736.08 | 736.08 | 736.08 |
| JANET RAKOWITZ | 3410-000 | NA | 500.00 | 500.00 | 500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR, JBGOODWIN | 3510-000 | NA | 27,750.00 | 27,750.00 | 27,750.00 |
| REALTY, ICON | 3510-000 | NA | 27,750.00 | 27,750.00 | 27,750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 116,368.35 | $ 116,368.35 | $ 116,368.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Darren Brown | | 9,200.00 | NA | NA | 0.00 |
| | Hawanan Cafe | | 33,000.00 | NA | NA | 0.00 |
| | Progressive Home Care Inc. | | 121,000.00 | NA | NA | 0.00 |
| | Progressive Primary Care Inc. | | 22,000.00 | NA | NA | 0.00 |
| 9 | City of Leon Valley | 7100-000 | NA | 5,629.19 | 269.73 | 106.56 |
| 3 | City Public Service Energy | 7100-000 | NA | 3,190.25 | 3,190.25 | 1,260.40 |
| 5 | Service Experts | 7100-000 | NA | 722.00 | 0.00 | 0.00 |
| 10 | US Small Business Administration | 7100-000 | NA | 88,145.47 | 88,145.47 | 34,824.35 |
| 4 | Waste Management of Texas Inc. | 7100-000 | NA | 302.00 | 302.00 | 119.31 |
| 6 | Wells Fargo Bank | 7100-000 | 25,000.00 | 25,000.00 | 0.00 | 0.00 |
| 7 | Wells Fargo Bank | 7100-000 | NA | 9,200.00 | 0.00 | 0.00 |
| 8 | Wells Fargo Bank | 7100-000 | 58,000.00 | 58,000.00 | 0.00 | 0.00 |
| 2 | PRO Consulting Services, Inc. | 7100-001 | NA | 1,476.86 | 1,476.86 | 583.47 |
| 1B | BEXAR COUNTY | 7400-000 | NA | 90,857.50 | 4,491.41 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 268,200.00 | $ 282,523.27 | $ 97,875.72 | $ 36,894.09 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-51947 | CAG | Judge: | Craig A. Gargotta | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DBPMS LLC | | | | Date Filed (f) or Converted (c): | 09/02/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/06/2016 |
| For Period Ending: | 05/07/2018 | | | | Claims Bar Date: | 12/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account Wells Fargo | 10.00 | 0.00 | | 0.00 | FA |
| 2. supplies | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. 6132 Bandera Rd. San Antonio, TX 78245<br><br>office building<br>NCB 9902 BLK 2 LOT 23 ROLLINGWOOD ESTATES<br><br>Lien with Bexar County Tax for $53,000.00<br>Lien with Small Business Administration for $296,887.00<br>Lien with Wells Fargo for $654,045.00 | 1,100,000.00 | 146,068.00 | | 1,110,000.00 | FA |
| 4. 3 lease contracts with tenants thru June 2018 | 165,000.00 | 0.00 | | 0.00 | FA |
| 5. Prorated County Taxes for 11/29/16 to 12/31/16 (u)<br><br>@ $38,440.87/yr | 0.00 | 0.00 | | 3,475.48 | FA |
| 6. Refund of ad valorem tax penalty (u)<br><br>from Bexar County Tax Assessor | 0.00 | 0.00 | | 4,491.41 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,275,010.00 | $146,068.00 | | $1,117,966.89 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/06/18jr FINAL UNCASHED CHECK DEPOSITED AS UNCLAIMED FUNDS; PENDING CLEARANCE OF CHECK FOR TDR

03/12/18jr TDR PENDING RETURN OF FINAL CHECKS.

01/08/18jr TFR PENDING CLEARANCE OF PRO-RATA BOND PAYMENT CHECK

10/10/17jr TFR PENDING CLEARANCE OF PRO-RATA BOND PAYMENT CHECK

07/12/17jr IRS SENT US REQUEST FOR TIN FOR LLC; ASKED DARREN BROWN AND HE IS LOOKING INTO IT.

05/31/17jr PREPARING TAX RTURNS; PREPARING TFR.

04/19/17jr ORDER GRANTING STIPULATION WITH BEXAR COUNTY TO SUBORDINATE PENALTIES ENTERED 4/4; ORDER GRANTING INTERIM TRUSTEE PAYMENT ENTERED TODAY

03/14/17jr AWAITING FINAL TAX RETURN


Initial Projected Date of Final Report (TFR): 12/01/2016     Current Projected Date of Final Report (TFR): 08/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit 9 |
|---|---|---|
| Case No: 16-51947 | Trustee Name: JOSE C. RODRIGUEZ | |
| Case Name: DBPMS LLC | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX1225 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX4433 | Blanket Bond (per case limit): $0.00 | |
| For Period Ending: 05/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/16 | | FIRST AMERICAN TITLE COMPANY, LLC | SALE OF REAL PROPERTY December 02, 2016 (LMR) Notification of wire received was received today by bank, title company called late yesterday, December 1st to confirm wire instructions and stated that wire was going out either same day or in the morning no confirmation of time | | $91,831.95 | | $91,831.95 |
| | | | Gross Receipts $1,113,475.48 | | | | |
| | | GREGG & VALBY, LLP<br>GREGG & VALBY, LLP | ATTORNEY FEES ($100.00) | 3210-000 | | | |
| | | WELLS FARGO BANK<br>WELLS FARGO BANK | MORTGAGE LOAN ($656,944.13) | 4110-000 | | | |
| | | REALTOR, JBGOODWIN<br>JBGOODWIN REALTOR | REAL ESTATE BROKER ($27,750.00) | 3510-000 | | | |
| | | REALTY, ICON<br>ICON REALTY | REAL ESTATE BROKER ($27,750.00) | 3510-000 | | | |
| | | FIRST AMERICAN TITLE COMPANY<br>FIRST AMERICAN TITLE COMPANY | POLICY GUARANTY FEE ($3.00) | 2500-000 | | | |
| | | FIRST AMERICAN TITLE COMPANY<br>FIRST AMERICAN TITLE COMPANY | ESCROW FEE - TX ($600.00) | 2500-000 | | | |
| | | BEXAR COUNTY TAX<br>BEXAR COUNTY TAX | AD VALOREM TAXES ($92,760.32) | 4700-000 | | | |
| | | ADMINSTRATION, SMALL BUSINESS<br>SMALL BUSINESS ADMINSTRATION | MORTGAGE LOAN ($215,000.00) | 4110-000 | | | |
| | | WEST & WEST ATTORNEYS<br>WEST & WEST ATTORNEYS | ATTORNEY FEES ($736.08) | 3210-000 | | | |
| | 3 | | 6132 Bandera Rd. San Antonio, TX 78245 $1,110,000.00 | 1110-000 | | | |
| | 5 | | Prorated County Taxes for 11/29/16 to 12/31/16 $3,475.48 | 1290-000 | | | |

| | Page Subtotals: | $91,831.95 | $0.00 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page: 9)

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-51947 | Trustee Name: | JOSE C. RODRIGUEZ |
| --- | --- | --- | --- |
| Case Name: | DBPMS LLC | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX1225 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX4433 | Blanket Bond (per case limit): | $0.00 |
| For Period Ending: | 05/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.11 | $91,695.84 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $136.28 | $91,559.56 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $122.91 | $91,436.65 |
| 03/03/17 | 101 | INTERNATIONAL SURETIES LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $16.84 | $91,419.81 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.88 | $91,283.93 |
| 04/19/17 | 102 | JOSE C. RODRIGUEZ Chapter 7 Trustee 342 W. Woodlawn, Ste. 103 San Antonio, TX 78212 | TRUSTEE COMPENSATION | 2100-000 | | $30,000.00 | $61,283.93 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.47 | $61,168.46 |
| 05/08/17 | 6 | ALBERT URESTI, MPA, PCC BEXAR COUNTY TAX ASSESSOR COLLECTOR OF TEXAS REFUND ACCOUNT | REFUND OF TAX PENALTIES | 1224-000 | $4,491.41 | | $65,659.87 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.12 | $65,564.75 |
| 07/06/17 | 103 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TX 78101 | ACCOUNTANT FOR TRUSTEE PURSUANT ORDER AUTHORIZING EMPLOYMENT AND PAYMENT OF ACCOUNTANT ENTERED 07/05/17, DKT. 55 | 3410-000 | | $500.00 | $65,064.75 |

Page Subtotals: $4,491.41 $31,258.61

UST Form 101-7-TDR (10/1/2010) (Page: 10)

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-51947 | Trustee Name: JOSE C. RODRIGUEZ | Exhibit 9 |
| Case Name: DBPMS LLC | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX1225 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX4433 | Blanket Bond (per case limit): $0.00 | |
| For Period Ending: 05/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/17 | 104 | INTERNATIONAL SURETIES LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BOND PAYMENTS | 2300-000 | | $20.21 | $65,044.54 |
| 01/04/18 | 105 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | TRUSTEE COMPENSATION PURSUANT ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES ENTERED 01/03/18, DKT. #65 | 2100-000 | | $26,654.26 | $38,390.28 |
| 01/04/18 | 106 | JOSE C. RODRIGUEZ<br>Chapter 7 Trustee<br>342 W. Woodlawn, Ste. 103<br>San Antonio, TX 78212 | TRUSTEE EXPENSES PURSUANT ORDER APPROVING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES ENTERED 01/03/18, DKT. #65 | 2200-000 | | $1,496.19 | $36,894.09 |
| 01/04/18 | 107 | PRO Consulting Services, Inc.<br>c/o Collection Division<br>P.O. Box 66768<br>Houston, TX 77266-6678 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/06/17, DKT. #61 | 7100-000 | | $583.47 | $36,310.62 |
| 01/04/18 | 108 | City Public Service Energy<br>Bankruptcy Section<br>145 Navarro, Mail Drop 101013<br>San Antonio, TX 78205 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/06/17, DKT. #61 | 7100-000 | | $1,260.40 | $35,050.22 |
| 01/04/18 | 109 | Waste Management of Texas Inc.<br>P.O. Box 660345<br>Dallas, TX 78266 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/06/17, DKT. #61 | 7100-000 | | $119.31 | $34,930.91 |
| 01/04/18 | 110 | City of Leon Valley<br>6400 El Verde Road<br>Leon Valley, TX 78238 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/06/17, DKT. #61 | 7100-000 | | $106.56 | $34,824.35 |
| 01/04/18 | 111 | US Small Business Administration<br>c/o Steve Park<br>2120 Riverfront DR<br>Little Rock, AR 72202 | FINAL DISTRIBUTION PURSUANT TRUSTEE'S FINAL REPORT ENTERED 12/06/17, DKT. #61 | 7100-000 | | $34,824.35 | $0.00 |

Page Subtotals: $0.00 $65,064.75

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-51947  
Case Name: DBPMS LLC  
Taxpayer ID No: XX-XXX4433  
For Period Ending: 05/07/2018  

Trustee Name: JOSE C. RODRIGUEZ  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX1225  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $0.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/18 | 107 | PRO Consulting Services, Inc. c/o Collection Division P.O. Box 66768 Houston, TX 77266-6678 | FINAL DISTRIBUTION Reversal DISTRIBUTION CHECK REVERSED - RECEIVED ORIGINAL CHECK BACK WITH A LETTER FROM PRO CONSULTING SERVICES, INC. STATING THAT THEY WERE NO LONGER HANDLING THE ACCOUNT, MADE PHONE CALL TO CONFIRM AND GET ACCOUNT NUMBER; THEY STATED THEY HAD NO RECORDS OF ACCOUNT NUMBER AS THEY HAVE NOT BEEN HANDLING CLAIMS FOR CITIBANK IN TWO YEARS | 7100-000 | | ($583.47) | $583.47 |
| 03/28/18 | 112 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $583.47 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $96,323.36 | $96,323.36 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $96,323.36 | $96,323.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $96,323.36 | $96,323.36 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1225 - Checking Account (Non-Interest Earn | $96,323.36 | $96,323.36 | $0.00 |
| | $96,323.36 | $96,323.36 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,021,643.53 |
| Total Net Deposits: | $96,323.36 |
| Total Gross Receipts: | $1,117,966.89 |